No. 80–6800.   LUSTER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–6801.   CRENSHAW *v.* UNITED STATES ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 80–6802.   HOLUM *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 80–6803.   MOTTON *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 80–6804.   HENDERSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 80–6805.   MILLER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 80–6806.   STRIBLING *v.* REED, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 80–6807.   GERMANY *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 80–6808.   JOHNSON *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 80–6809.   PILKINGTON *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 80–6811.   MELTON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80–6813.   BOTTOM *v.* COUGHLIN, CORRECTIONAL COMMISSIONER, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6814.   IN RE ESTATE OF BARNETT.   Ct. App. D. C.   Certiorari denied.